|   |   |
|---|---|
| 1 | DENNIS B. COOK, ESQ. (SBN 93432)<br>ERICK C. TURNER, ESQ. (SBN 236186) |
| 2 | COOK BROWN, LLP<br>555 CAPITOL MALL, SUITE 425 |
| 3 | SACRAMENTO, CALIFORNIA 95814<br>TELEPHONE NO.: 916-442-3100 |
| 4 | FACSIMILE NO.: 916-442-4227 |
| 5 | Attorneys for Defendant JOHN J. PODESTO, individually<br>AND JERROLD L. BALL, individually |
| 6 | BARRY E. HINKLE, ESQ. (SBN 071223) |
| 7 | LINDA BALDWIN JONES, ESQ. (SBN 178922)<br>ANDREA LAIACONA, ESQ. (SBN 208742) |
| 8 | WEINBERG, ROGER & ROSENFELD<br>101 MARINA VILLAGE PARKWAY, SUITE 200 |
| 9 | ALAMEDA, CALIFORNIA 94501-1091<br>TELEPHONE NO: (510) 337-1001 |
| 10 | FACSIMILE NO: (510) 337-1023 |
| 11 | Attorneys for Plaintiffs |
| 12 | M. BRETT BURNS, ESQ. (SBN<br>CHELSEA MUNDAY, ESQ. (SBN 217746 |
| 13 | AKIN GUMP<br>2029 Century Park East, Suite 2400 |
| 14 | LOS ANGELES, CALIFORNIA 90067<br>TELEPHONE NO: (310) 728-3266 |
| 15 | FACSIMILE NO.: (310) 728-2266 |
| 16 | Attorneys for Defendants CALIFORNIA SPRAY DRY CO.<br>and WILLIAM A. SHIRLEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAUL BENSI, BART FLORENCE, JERRY KALMAR AND LYLE SETTER, in their capacities as Trustee of the WELFARE FUND OF STATIONARY ENGINEERS LOCAL 39, PENSION FUND OF STATIONARY ENGINEERS LOCAL 39; and ANNUITY TRUST FUND OF STATIONARY ENGINEERS, LOCAL 39,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., JEFFREY A. PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., WILLIAM A. SHIRLEY, individually and dba CALIFORNIA SPRAY DRY CO., JERROLD L. BALL, individually and dba CALIFORNIA SPRAY DRY ,<br><br>Defendant(s). | Case No.  C 06 5927 MHP<br><br>**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:          March 19, 2007<br>Time:         4:00 p.m.<br>Courtroom: 15<br>Judge:        Honorable Marilyn H. Patel |
|---|---|

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

M:\LTJ\8096\Order.Stip.continue.CMC.March.2007.doc       1

1     **IT IS HEREBY ORDERED** that the Case Management Conference previously scheduled

2 for February 12, 2007, at 4:00 p.m. be and the same hereby is continued to **Monday, March** 19, 4:00

3 **2007 at ~~1:30~~ p.m., in Courtroom 15**.

4 DATED: February 27, 2007.

_____
Honorable Marilyn H. Patel
Judge of the United States District Court
Northern District of California

*IT IS SO ORDERED*
*[signature]*
Judge Marilyn H. Patel

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

M:\LTJ\8096\Order.Stip.continue.CMC.March.2007.doc     2

# PROOF OF SERVICE

I, Colleen Clay, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Cook Brown, LLP, 555 Capitol Mall, Suite 425, Sacramento, California 95814. On February 14, 2007, I served the within documents described as:

## [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

☒ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (BY U.S. MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ (BY OVERNIGHT MAIL) I caused such document(s) to be sent by overnight mail by using Federal Express Mail (_____) under that practice it would be deposited that same day in a Federal Express drop box for delivery the next business day.

☐ (BY PERSONAL SERVICE) by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ (BY PERSONAL SERVICE) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Linda Baldwin Jones, Esq.
Andrea Laiacona, Esq.
Weinberg, Roger & Rosenfeld
101 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Brett Burns
Chelsea Munday, Esq.
Akin Gump
2029 Century Park East, Suite 2400
Los Angeles, CA 9067

Telephone No. :
Facsimile No.:

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 14, 2007, at Sacramento, California.

*Colleen P. Clay*
COLLEEN CLAY

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

M:\LTJ\8096\Order.Stip.continue.CMC.March.2007.doc        3