**WILLIAM S. SCOTT, ESQ., #72581**
**SCOTT & NICHOLS**
120 N. Hunter Street
Stockton, CA 95202
Telephone: (209) 942-4300
Facsimile:  (209) 942-4450

Attorneys for Defendants
JOHN J. PODESTO individually and JERROLD L. BALL, individually

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR and LYLE SETTER, in their capacities as Trustee of the WELFARE FUND OF STATIONARY ENGINEERS LOCAL 39, PENSION FUND OF STATIONARY ENGINEERS LOCAL 39; and ANNUITY TRUST FUND OF STATIONARY ENGINEERS, LOCAL 39,<br><br>                   Plaintiffs,<br><br>vs.<br><br>JOHN PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., JEFFREY A. PODESTO, individually and dba CALIFORNIA SPRAY DRY CO., WILLIAM A. SHIRLEY, individually and dba CALIFORNIA SPRAY DRY CO., JERROLD L. BALL, individually and dba CALIFORNIA SPRAY DRY CO. and CALIFORNIA SPRAY DRY CO.,<br><br>                   Defendants. | Case No.: C:06-5927 MHP<br><br>[PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY |

## ORDER

     **IT IS HEREBY ORDERED** that the substitution of attorney filed on February 7, 2007 be granted and that former counsel William S. Scott be removed as counsel of record for John J. Podesto and Jerrold L. Ball.

     **IT IS FURTHER ORDERED** that Dennis B. Cook of COOK, BROWN, LLP is now the lead counsel and attorney of record for John J. Podesto and Jerrold L. Ball.

---

**ORDER RE SUBSTITUTION OF ATTORNEY**                                                                                                 **C:06-5927 SC**

1

1

2   Dated: March 27, 2007

3                                                            _____
                                                              Hon.
4                                                             Judge
                                                              Northern District of California



ORDER RE SUBSTITUTION OF ATTORNEY                                                C:06-5927 SC

2