BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, Bar No. 208742
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001; Fax 510.337.1023

Attorneys for Plaintiffs

DENNIS B. COOK, Bar No. 093432
COOK BROWN, LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814
Telephone 916.442.3100; Fax 916.442.4227

Attorneys for John J. Podesto and Jerrold L. Ball

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the WELFARE FUND OF STATIONARY ENGINEERS LOCAL 39; PENSION FUND OF STATIONARY ENGINEERS LOCAL 39; and ANNUITY TRUST FUND OF STATIONARY ENGINEERS LOCAL 39,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. PODESTO, Individually and doing business as CALIFORNIA SPRAY DRY CO; JEFFREY D. PODESTO, Individually and doing business as CALIFORNIA SPRAY DRY CO; WILLIAM A. SHIRLEY, Individually and doing business as CALIFORNIA SPRAY DRY CO; JERROLD L. BALL, Individually and doing business as CALIFORNIA SPRAY DRY CO; and CALIFORNIA SPRAY DRY CO,<br><br>Defendants. | No.   C 06-05927 MHP<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS AND DEFENDANTS JOHN J. PODESTO AND JERROLD L. BALL; [PROPOSED] ORDER |

Pursuant to the Tolling Agreements between Plaintiffs and Defendants John J. Podesto and Jerrold L. Ball, Plaintiffs and Defendants Podesto and Ball, by and through their counsel of record, hereby stipulate and agree that Defendants John J. Podesto and Jerrold L. Ball be dismissed without prejudice from the above-entitled action. In light of this Stipulation Without Prejudice,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation of Dismissal Without Prejudice (Case No. C 06-05927 MHP)

Plaintiffs and Defendants agree that the Court vacate its July 19, 2007 Order dismissing this action with prejudice (Ninety-Day Conditional Dismissal) as to Defendants Podesto and Ball.

Dated: August, 13, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
LINDA BALDWIN JONES
Attorneys for All Plaintiffs

Dated: August, 10, 2007

COOK BROWN, LLP

By: _____
DENNIS B. COOK
Attorneys for John J. Podesto and Jerrold L. Ball

[PROPOSED] ORDER

Pursuant to the Stipulation of Dismissal Without Prejudice between Plaintiffs and Defendants John J. Podesto and Jerrold L. Ball, the Court's July 19, 2007 Order dismissing this action with prejudice is vacated as to Defendants Podesto and Ball. Defendants John J. Podesto and Jerrold L. Ball are dismissed without prejudice from the above-entitled action.

Dated: 08/13/07

_____
The Honorable Marilyn Hall Patel

113918/465681

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]*