1  LINDA BALDWIN JONES, Bar No. 178922
   ANDREA LAIACONA, Bar No. 208742
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001; Fax 510.337.1023
5
   Attorneys for Plaintiffs
6
7  M. BRETT BURNS (pro hac vice)
   AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
   2029 Century Park East, Suite 2400
8  Los Angeles, CA  90067
   Telephone 310.229.1000; Fax 310.229.1001
9
   Attorneys for Defendants William A. Shirley
10  and California Spray Dry Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. PODESTO, Individually and doing business as CALIFORNIA SPRAY DRY CO; JEFFREY D. PODESTO, Individually and doing business as CALIFORNIA SPRAY DRY CO; WILLIAM A. SHIRLEY, Individually and doing business as CALIFORNIA SPRAY DRY CO; JERROLD L. BALL, Individually and doing business as CALIFORNIA SPRAY DRY CO; CALIFORNIA SPRAY DRY CO,<br><br>Defendants. | No.  C 06-05926 MHP<br><br>**CONDITIONAL STIPULATION FOR JUDGMENT; [PROPOSED] JUDGMENT** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs Rosemary Mucklow and Phil Salgado, in their capacities as Trustees of the Northern California UFCW Wholesale Health and Welfare Fund, (hereinafter "Plaintiffs") and Defendants California Spray Dry and

William A. Shirley (hereinafter "Defendants") as follows:

1. Plaintiffs have brought the above-captioned action against Defendants seeking the payment of any unpaid fringe benefit contributions for hours worked between May 2006 and May 2007, interest and liquidated damages on said unpaid contributions. Plaintiffs sought liquidated damages and interest on contributions which were paid late for hours worked September 2005 through April 2006 as well as all attorneys' fees and costs incurred in connection with this action. Plaintiffs also sought $49,835.80 found due and owing from an audit covering the period January 1, 2003 through December 25, 2005. Together, these amounts total $314,990.92. Plaintiffs also sought a further audit of Defendants' books and records.

2. The Parties are desirous to settle this action and hereby stipulate and agree to settle this action under the terms set forth below. This Conditional Stipulation for Judgment memorializes the terms agreed to by the Parties; to the extent that it differs from or varies from any previous writing between the Parties relating to the matters resolved herein, this Conditional Stipulation for Judgment shall supersede and replace such other communications and/or agreements.

3. Defendant California Spray Dry agrees to have a Conditional Stipulation of Judgment entered against it as follows: Defendant California Spray Dry agrees to pay the total sum of $314,990.92, consisting of unpaid fringe benefit contributions, interest and liquidated damages in the amount of $244,155.12, amounts found due and owing from the January 1, 2003 through December 25, 2005 audit in the amount of $49,835.80, and attorneys' fees and costs incurred herein in the amount of $21,000.00. Plaintiffs agree to refrain from requesting that the Court enter an irrevocable Judgment as stipulated herein adverse to Defendant California Spray Dry so long as Defendants fully comply with all the conditions set forth herein. Plaintiffs and Defendants agree to refrain from requesting that the Court decide the issue of whether or not Defendant William A. Shirley is an employer within the meaning of ERISA and whether or not Defendant William A. Shirley is liable for any of the amounts Plaintiffs sought in this action so long as Defendants fully comply with all the conditions set forth herein. It is further stipulated and agreed by the Parties that the Court (United States District Court, Northern District of California)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

shall retain jurisdiction over Defendant William A. Shirley until the latter of : (1) the events described in Paragraph 8 are resolved; or (2) the conditions in Paragraph 9 are met.

4. Defendant California Spray Dry shall pay Plaintiffs the total amount of $250,000.00 as set forth in this paragraph as part of this stipulated settlement in three installments. Each installment shall be made by check, payable to the "Northern California UFCW Wholesale Health and Welfare Fund", and sent to Plaintiffs' counsel, Weinberg, Roger & Rosenfeld, 1001 Marina Village Parkway, Suite 200, Alameda, California 94501, attention Linda Baldwin Jones. Defendant California Spray Dry shall pay the amounts due as follows:

| Due Date of Payment | Amount of Payment |
| --- | --- |
| September 30, 2007 | $83,334.00 |
| December 31, 2007 | $83,333.00 |
| March 31, 2008 | $83,333.00 |

Plaintiffs and Defendants each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendants.

5. Defendant California Spray Dry agrees to remain bound to the applicable collective bargaining agreement and comply with its obligations to submit all fringe benefit contributions to the Trust Funds in a timely manner pursuant to the terms of the applicable collective bargaining agreements and Trust Agreements.

6. It is further stipulated and agreed by the parties hereto that if Defendant California Spray Dry fails to stay current as described in Paragraph 5 or fails to make any of the scheduled payments listed above in Paragraph 4, the Conditional Stipulation for Judgment shall become an irrevocable Judgment as to Defendant California Spray Dry, and Plaintiffs may then execute upon the entire Judgment in the full amount of $314,990.92 as described in Paragraphs 1 and 3, minus the amount of any payments actually received, together with interest that shall have accrued thereon. In such an event, there shall be added to Defendant California Spray Dry's obligation under a modification to this Conditional Stipulation for Judgment (which shall become an irrevocable Judgment) reasonable attorneys' fees, court costs, and other reasonable expenses incurred by Plaintiffs in connection with such suit or claim, including any and all appellate

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

Conditional Stipulation for Judgment; [Proposed] Judgment (Case No. C 06-05926 MHP)

proceedings therein.  Plaintiffs will take this action only after ten (10) days written notice to the Defendant California Spray Dry and its counsel that Plaintiffs or Plaintiffs' counsel declares a default and intends to file a Declaration stating that a default has occurred on the part of Defendant California Spray Dry and that the Conditional Stipulation for Judgment shall become an irrevocable Judgment.  Notice to Defendant California Spray Dry and its counsel shall be provided via facsimile, electronic mail or regular mail to:

    California Spray Dry (Modesto Tallow Co. dba California Spray Dry)

    Attention:  Kathy Kirby, Controller
    2621 State St.
    Dallas, TX  75204
    Phone:  (214) 871-0600
    Fax:  (214) 871-8707

    Counsel for California Spray Dry

    Akin Gump Strauss Hauer & Feld LLP
    Attention:  M. Brett Burns
    1700 Pacific Avenue, Suite 4100
    Dallas, TX  75201
    Phone:  (214) 969-4284
    Fax:  (214) 969-4343

Plaintiffs will provide Defendant William A. Shirley via facsimile, electronic mail or regular mail with a copy of the Notice sent to Defendant California Spray Dry and its counsel at Bill Shirley, President, Modesto Tallow Co. dba California Spray Dry, 2621 State St., Dallas, TX 75204, Phone:  (214) 871-0600, Fax: (214) 871-8707.

    7.    Notwithstanding Paragraph 6, any payments actually received on or before November 2, 2007, provided said payments have been deposited and cleared the bank upon which they were drawn, shall be deemed timely and accordingly shall not trigger Plaintiffs' right to execute upon the entire Judgment and other amounts described in Paragraph 6.

    8.    It is further stipulated and agreed by the parties hereto that if Defendant California Spray Dry fails to stay current as described in Paragraph 5 or fails to make any of the scheduled payments listed above in Paragraph 4, the United States District Court, Northern District of California, shall retain jurisdiction to decide  whether or not Defendant William A. Shirley is an employer within the meaning of ERISA and  whether or not Defendant William A. Shirley  is

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

liable for any of the amounts Plaintiffs sought in the Conditional Stipulation for Judgment (which shall become an irrevocable Judgment).  If the Court decides in Plaintiffs' favor as to Defendant William A. Shirley, the Court shall amend the Stipulation for Judgment so that it is also entered against Defendant William A. Shirley.

9. It is further stipulated and agreed by the parties hereto that upon Defendant California Spray Dry making of all payments required by this Agreement as described in Paragraph 4 above on the dates specified above, or sooner, and upon the funds having been deposited and cleared the bank upon which they were drawn, and if Defendants do not default on any other material condition contained herein, the Conditional Stipulation for Judgment shall be deemed paid in full.  Plaintiffs shall immediately thereafter cause their counsel to execute and file a Dismissal with Prejudice, which shall be entered by the Court and vacate the Conditional Stipulation for Judgment against Defendants.

10. It is further stipulated and agreed that if California Spray Dry is sold or closed, this Conditional Stipulation for Judgment shall be binding on its successors, heirs, and assigns regardless of whether it changes the name or style or address of the business.

11. The provisions set forth in this Conditional Stipulation for Judgment are not in violation of any state or federal law.  However, if any portion of this Conditional Stipulation for Judgment is found to be in violation of any state or federal law, Defendant California Spray Dry agrees to continue to pay the indebtedness outlined herein in Paragraph 4.

12. The Parties acknowledge they have each had the opportunity to be represented by independent legal counsel of their own choice throughout all of the negotiations that preceded the execution of this Conditional Stipulation for Judgment.  Plaintiffs and Defendants further acknowledge that they have had adequate opportunity to perform whatever investigation or inquiry each deemed necessary in connection with the subject matter of this Conditional Stipulation for Judgment prior to its execution, and agree with the delivery and acceptance of the considerations specified in this Conditional Stipulation for Judgment.

13. The Parties hereto stipulate and agree that nothing herein prevents the Plaintiffs from seeking additional amounts from Defendants if a later audit of Defendants' books and records for

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 5 -
Conditional Stipulation for Judgment; [Proposed] Judgment (Case No. C 06-05926  MHP)

1  any period on or after December 25, 2005 shows that additional unpaid contributions, which are
2  unknown to Plaintiffs at the time of entering into this stipulation, are due and owing, and that
3  nothing herein prevents Defendant from asserting any defenses to such audit or such demands.
4  The parties further acknowledge that by entering into this stipulation, Plaintiffs in no way waive
5  their right to seek payment of any contributions found due from an audit performed before the
6  filing of this action, and Defendants in no way waives their right to assert any defenses if such
7  audit or such payments are sought.

8      14.    The Conditional Stipulation for Judgment may be executed in counterparts, which
9  taken together, shall constitute one Conditional Stipulation for Judgment and be binding upon and
10 effective as to all Parties hereto.

11     15.    The Parties hereto mutually state that they have read the foregoing Conditional
12 Stipulation for Judgment and are fully aware of its contents and legal facts. This Conditional
13 Stipulation for Judgment constitutes the entire agreement of the parties and is entered into on the
14 dates below as indicated.

15 Dated: November, ___, 2007

NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH AND WELFARE FUND

By: *Rosemary Mushlaw* (signature)

By: _____

Dated: November, ___, 2007

CALIFORNIA SPRAY DRY

By: _____

Dated: November, ___, 2007

WILLIAM A. SHIRLEY

_____

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1. any period on or after December 25, 2005 shows that additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this stipulation, are due and owing, and that nothing herein prevents Defendant from asserting any defenses to such audit or such demands. The parties further acknowledge that by entering into this stipulation, Plaintiffs in no way waive their right to seek payment of any contributions found due from an audit performed before the filing of this action, and Defendants in no way waives their right to assert any defenses if such audit or such payments are sought.

14. The Conditional Stipulation for Judgment may be executed in counterparts, which taken together, shall constitute one Conditional Stipulation for Judgment and be binding upon and effective as to all Parties hereto.

15. The Parties hereto mutually state that they have read the foregoing Conditional Stipulation for Judgment and are fully aware of its contents and legal facts. This Conditional Stipulation for Judgment constitutes the entire agreement of the parties and is entered into on the dates below as indicated.

Dated: November, 2, 2007

NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH AND WELFARE FUND

By: _____

By: _/s/ Mike Ausma_____

Dated: November, ___, 2007

CALIFORNIA SPRAY DRY

By: _____

Dated: November, ___, 2007

WILLIAM A. SHIRLEY

_____

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

any period on or after December 25, 2005 shows that additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this stipulation, are due and owing, and that nothing herein prevents Defendant from asserting any defenses to such audit or such demands. The parties further acknowledge that by entering into this stipulation, Plaintiffs in no way waive their right to seek payment of any contributions found due from an audit performed before the filing of this action, and Defendants in no way waives their right to assert any defenses if such audit or such payments are sought.

14. The Conditional Stipulation for Judgment may be executed in counterparts, which taken together, shall constitute one Conditional Stipulation for Judgment and be binding upon and effective as to all Parties hereto.

15. The Parties hereto mutually state that they have read the foregoing Conditional Stipulation for Judgment and are fully aware of its contents and legal facts. This Conditional Stipulation for Judgment constitutes the entire agreement of the parties and is entered into on the dates below as indicated.

Dated: November, ___, 2007

NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH AND WELFARE FUND

By: _____

By: _____

Dated: November, _/_, 2007

CALIFORNIA SPRAY DRY

By: _____

Dated: November, _/_, 2007

WILLIAM A. SHIRLEY

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 6 -
Conditional Stipulation for Judgment; [Proposed] Judgment (Case No. C 06-05926 MHP)

Dated: November, ___, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
    LINDA BALDWIN JONES
    Attorneys for All Plaintiffs

Dated: November, 5, 2007

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: /s/ Brett Burns
    FRASER A. MCALPINE
    BRETT BURNS
    Attorneys for California Spray Dry and William A. Shirley

[~~PROPOSED~~] ORDER

Pursuant to the Conditional Stipulation for Judgment which is incorporate herein by reference, it is so Ordered. The Court retains jurisdiction over Defendant William A. Shirley as set forth in the Conditional Stipulation for Judgment.

IT IS SO ORDERED.

Date: November 6, 2007 _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

113918/464222

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 7 -

Conditional Stipulation for Judgment; [Proposed] Judgment (Case No. C 06-05926 MHP)

Dated: November, _2_, 2007

           WEINBERG, ROGER & ROSENFELD
           A Professional Corporation

           By: _/s/ Linda Baldwin Jones_
           LINDA BALDWIN JONES
           Attorneys for All Plaintiffs

Dated: November, ___, 2007

           AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

           By: _____
           FRASER A. MCALPINE
           BRETT BURNS
           Attorneys for California Spray Dry and William A. Shirley

## [PROPOSED] ORDER

Pursuant to the Conditional Stipulation for Judgment which is incorporate herein by reference, it is so Ordered. The Court retains jurisdiction over Defendant William A. Shirley as set forth in the Conditional Stipulation for Judgment.

IT IS SO ORDERED.

Date: _____

           _____
           Marilyn Hall Patel,
           United States District Judge

113918/464222

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On November 5, 2007, I served upon the following parties in this action:

Brett Burns
Akin, Gump, Strauss, Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201

copies of the document(s) described as:

**CONDITIONAL STIPULATION FOR JUDGMENT; [PROPOSED] JDUGMENT**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on November 5, 2007.

_____
Joanna Son

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Proof of Service