1 | LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, Bar No. 208742
2 | KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
3 | A Professional Corporation
1001 Marina Village Parkway, Suite 200
4 | Alameda, California 94501-1091
Telephone 510.337.1001; Fax 510.337.1023

5

6 | Attorneys for Plaintiffs

7 | M. BRETT BURNS (pro hac vice)
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
8 | 2029 Century Park East, Suite 2400
Los Angeles, CA  90067
9 | Telephone 310.229.1000; Fax 310.229.1001

10 | Attorneys for Defendants William A. Shirley
and California Spray Dry Co.

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | PAUL BENSI, BART FLORENCE, JERRY          ) No. C 06-05927 MHP
KALMAR, and LYLE SETTER, in                 )
15 | their capacities as Trustees of the WELFARE FUND )
OF STATIONARY ENGINEERS LOCAL 39;           ) **CONDITIONAL STIPULATION**
16 | PENSION FUND OF STATIONARY ENGINEERS      ) **FOR JUDGMENT; [PROPOSED]**
LOCAL 39; and ANNUITY TRUST FUND OF         ) **JUDGMENT**
17 | STATIONARY ENGINEERS LOCAL 39,            )
)
18 |               Plaintiffs,                )
)
19 |          v.                              )
)
20 | JOHN J. PODESTO, Individually and doing business )
as CALIFORNIA SPRAY DRY CO; JEFFREY D.      )
21 | PODESTO, Individually and doing business as )
CALIFORNIA SPRAY DRY CO; WILLIAM A.         )
22 | SHIRLEY, Individually and doing business as )
CALIFORNIA SPRAY DRY CO; JERROLD L.         )
23 | BALL, Individually and doing business as  )
CALIFORNIA SPRAY DRY CO; CALIFORNIA         )
24 | SPRAY DRY CO,                             )
)
25 |               Defendants.                )

26 |      IT IS HEREBY STIPULATED and agreed by and between Plaintiffs Paul Bensi, Bart

27 | Florence, Jerry Kalmar and Lyle Setter, in their capacities as Trustees of the Welfare Fund of

28 | Stationary Engineers Local 39, Pension Fund of Stationary Engineers Local 39 and Annuity Trust

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  Fund of Stationary Engineers Local 39 (hereinafter "Plaintiffs") and Defendants California Spray

2  Dry and William A. Shirley (hereinafter "Defendants") as follows:

3      1.      Plaintiffs have brought the above-captioned action against Defendants seeking the

4  payment of any unpaid fringe benefit contributions for hours worked between  February 2006 and

5  May 2007, interest and liquidated damages on said unpaid contributions.  Plaintiffs sought

6  liquidated damages and interest on contributions which were paid late for hours worked September

7  2005, November 2005, December 2005, January 2006 and March 2006 as well as all attorneys'

8  fees and costs incurred in connection with this action.  Together, these amounts  total $115,640.10.

9  Plaintiffs also sought  an audit  of Defendants' books and records for a subsequent time period not

10 covered in the previous  audit performed in 2003.

11     2.      The Parties are desirous to settle this action and hereby stipulate and agree to settle

12 this action under the terms set forth below.  This Conditional Stipulation for Judgment

13 memorializes the terms agreed to by the Parties; to the extent that it differs from or varies from any

14 previous writing between the Parties relating to the matters resolved herein, this Conditional

15 Stipulation for Judgment shall supersede and replace such other communications and/or

16 agreements.

17     3.      Defendant  California Spray Dry agrees to have a Conditional Stipulation of

18 Judgment entered against it as follows:  Defendant California Spray Dry agrees to pay the total

19 sum of $115,640.10, consisting of unpaid fringe benefit contributions, interest and liquidated

20 damages in the amount of $100,640.10, and attorneys' fees and costs incurred herein in the amount

21 of $15,000.00.  Plaintiffs agree to refrain from requesting that the Court enter an irrevocable

22 Judgment as stipulated herein adverse to Defendant California Spray Dry so long as Defendants

23 fully comply with all the conditions set forth herein.  Plaintiffs and Defendants agree to refrain

24 from requesting that the Court decide the issue of whether or not Defendant William A. Shirley is

25 an employer within the meaning of ERISA and  whether or not Defendant William A. Shirley  is

26 liable for any of the amounts Plaintiffs sought in this action so long as Defendants fully comply

27 with all the conditions set forth herein. It is further stipulated and agreed by the Parties  that the

28 Court (United States District Court, Northern District of California) shall retain jurisdiction over

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1   Defendant William A. Shirley until the latter of : (1) the events described in Paragraph 8 are

2   resolved; or (2) the conditions in Paragraph 9 are met.

3       4.      Defendant California Spray Dry shall pay Plaintiffs the total amount of $105,000.00

4   as set forth in this paragraph as part of this stipulated settlement in five installments.  Each

5   installment shall be made by check, payable to the "Stationary Engineers Local 39 Trust Funds",

6   and sent to Plaintiffs' counsel, Weinberg, Roger & Rosenfeld, 1001 Marina Village Parkway, Suite

7   200, Alameda, California 94501, attention Linda Baldwin Jones.  Defendant  California Spray Dry

8   shall pay the amounts due as follows:

9       | Due Date of Payment | Amount of Payment |
        |---|---|
10      | July 15, 2007 | $15,000.00 |
11      | August 15, 2007 | $10,000.00 |
12      | September 15, 2007 | $10,000.00 |
13      | September 30, 2007 | $35,000.00 |
14      | December 31, 2007 | $35,000.00 |

15  Plaintiffs and Defendants each understand and agree that any modification of payments must be

16  made in writing and agreed to by both the Plaintiffs and the Defendants.

17      5.      Defendant California Spray Dry agrees to remain bound to the applicable collective

18  bargaining agreement and comply with its obligations to submit all fringe benefit contributions to

19  the Trust Funds in a timely manner pursuant to the terms of the applicable collective bargaining

20  agreements and Trust Agreements.

21      6.      It is further stipulated and agreed by the parties hereto that if Defendant California

22  Spray Dry fails to stay current as described in Paragraph 5 or fails to make any of the scheduled

23  payments listed above in Paragraph 4, the Conditional Stipulation for Judgment shall become an

24  irrevocable Judgment as to Defendant California Spray Dry, and Plaintiffs may then execute upon

25  the entire Judgment in the full amount of  $115,640.10 as described in Paragraphs 1 and 3, minus

26  the amount of any payments actually received, together with interest that shall have accrued

27  thereon.  In such an event, there shall be added to Defendant California Spray Dry's obligation

28  under a modification to this Conditional Stipulation for Judgment (which shall become an

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

1   irrevocable Judgment) reasonable attorneys' fees, court costs, and other reasonable expenses

2   incurred by Plaintiffs in connection with such suit or claim, including any and all appellate

3   proceedings therein.  Plaintiffs will take this action only after ten (10) days written notice to the

4   Defendant California Spray Dry and its counsel that Plaintiffs or Plaintiffs' counsel declares a

5   default and intends to file a Declaration stating that a default has occurred on the part of Defendant

6   California Spray Dry and that the Conditional Stipulation for Judgment shall become an

7   irrevocable Judgment.  Notice to Defendant California Spray Dry and its counsel shall be provided

8   via facsimile, electronic mail or regular mail to:

9          California Spray Dry (Modesto Tallow Co. dba California Spray Dry)

10         Attention: Kathy Kirby, Controller
           2621 State St.
11         Dallas, TX 75204
           Phone:  (214) 871-0600
12         Fax: (214) 871-8707

13         Counsel for California Spray Dry

14         Akin Gump Strauss Hauer & Feld LLP
           Attention: M. Brett Burns
           1700 Pacific Avenue, Suite 4100
15         Dallas, TX 75201
           Phone: (214) 969-4284
16         Fax: (214) 969-4343

17  Plaintiffs will provide Defendant William A. Shirley via facsimile, electronic mail or regular mail

18  with a copy of the Notice sent to Defendant California Spray Dry and its counsel at Bill Shirley,

19  President, Modesto Tallow Co. dba California Spray Dry, 2621 State St., Dallas, TX 75204,

20  Phone:  (214) 871-0600, Fax: (214) 871-8707.

21         7.     Notwithstanding Paragraph 6, any payments actually received on or before

22  November 2, 2007, provided said payments have been deposited and cleared the bank upon which

23  they were drawn, shall be deemed timely and accordingly shall not trigger Plaintiffs' right to

24  execute upon the entire Judgment and other amounts described in Paragraph 6.

25         8.     It is further stipulated and agreed by the parties hereto that if Defendant California

26  Spray Dry fails to stay current as described in Paragraph 5 or fails to make any of the scheduled

27  payments listed above in Paragraph 4, the United States District Court, Northern District of

28  California, shall retain jurisdiction to decide  whether or not Defendant William A. Shirley is an

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

Conditional Stipulation for Judgment; [Proposed] Judgment (Case No. C 06-05927 MHP)

1  employer within the meaning of ERISA and  whether or not Defendant William A. Shirley  is

2  liable for any of the amounts Plaintiffs sought in the Conditional Stipulation for Judgment (which

3  shall become an irrevocable Judgment).  If the Court decides in Plaintiffs' favor as to Defendant

4  William A. Shirley, the Court shall  amend the Stipulation for Judgment so that it is also entered

5  against Defendant William A. Shirley.

6        9.      It is further stipulated and agreed by the parties hereto that upon Defendant

7  California Spray Dry making of all payments required by this Agreement as described in Paragraph

8  4 above on the dates specified above, or sooner, and upon the funds having been deposited and

9  cleared the bank upon which they were drawn, and if Defendants do not default on any other

10  material condition contained herein, the Conditional Stipulation for Judgment shall be deemed paid

11  in full.  Plaintiffs shall immediately thereafter cause their counsel to execute and file a Dismissal

12  with Prejudice, which shall be entered by the Court and vacate the Conditional Stipulation for

13  Judgment against Defendants.

14        10.     It is further stipulated and agreed that if California Spray Dry is sold or closed, this

15  Conditional Stipulation for Judgment shall be binding on its successors, heirs, and assigns

16  regardless0 of whether it changes the name or style or address of the business.

17        11.     The provisions set forth in this Conditional Stipulation for Judgment are not in

18  violation of any state or federal law.  However, if any portion of this Conditional Stipulation for

19  Judgment is found to be in violation of any state or federal law, Defendant California Spray Dry

20  agrees to continue to pay the indebtedness outlined herein in Paragraph 4.

21        12.     The Parties acknowledge they have each had the opportunity to be represented by

22  independent legal counsel of their own choice throughout all of the negotiations that preceded the

23  execution of this Conditional Stipulation for Judgment.  Plaintiffs and Defendants further

24  acknowledge that they have had adequate opportunity to perform whatever investigation or inquiry

25  each deemed necessary in connection with the subject matter of this Conditional Stipulation for

26  Judgment prior to its execution, and agree with the delivery and acceptance of the considerations

27  specified in this Conditional Stipulation for Judgment.

28        13.     The Parties hereto stipulate and agree that nothing herein prevents the Plaintiffs

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 5 -
Conditional Stipulation for Judgment; [Proposed] Judgment (Case No. C 06-05927 MHP)

1    from seeking additional amounts from Defendants if a later audit of Defendants' books and records

2    for any subsequent time period not covered in the previous audit performed in 2003 shows that

3    additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this

4    stipulation, are due and owing, and that nothing herein prevents Defendant from asserting any

5    defenses to such audit or such demands.  The parties further acknowledge that by entering into this

6    stipulation, Plaintiffs in no way waive their right to seek payment of any contributions found due

7    from an audit performed before the filing of this action, and Defendants in no way waives their

8    right to assert any defenses if such audit or such payments are sought.

9         14.    The Conditional Stipulation for Judgment may be executed in counterparts, which

10   taken together, shall constitute one Conditional Stipulation for Judgment and be binding upon and

11   effective as to all Parties hereto.

12        15.    The Parties hereto mutually state that they have read the foregoing Conditional

13   Stipulation for Judgment and are fully aware of its contents and legal facts.  This Conditional

14   Stipulation for Judgment constitutes the entire agreement of the parties and is entered into on the

15   dates below as indicated.

16   Dated: November 5   , 2007

17                                              WELFARE FUND OF STATIONARY ENGINEERS
                                                LOCAL 39; PENSION FUND OF STATIONARY
18                                              ENGINEERS LOCAL 39; and ANNUITY TRUST
                                                FUND OF STATIONARY ENGINEERS LOCAL 39
19
                                                By: _____
20
21                                              By: _____

22   Dated: November ____, 2007
23                                              CALIFORNIA SPRAY DRY
24
                                                By: _____
25
26   Dated: November ____, 2007
27                                              WILLIAM A. SHIRLEY
28
                                                _____

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510 337 1001

1  from seeking additional amounts from Defendants if a later audit of Defendants' books and records

2  for any subsequent time period not covered in the previous audit performed in 2003 shows that

3  additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this

4  stipulation, are due and owing, and that nothing herein prevents Defendant from asserting any

5  defenses to such audit or such demands.  The parties further acknowledge that by entering into this

6  stipulation, Plaintiffs in no way waive their right to seek payment of any contributions found due

7  from an audit performed before the filing of this action, and Defendants in no way waives their

8  right to assert any defenses if such audit or such payments are sought.

9      14.    The Conditional Stipulation for Judgment may be executed in counterparts, which

10  taken together, shall constitute one Conditional Stipulation for Judgment and be binding upon and

11  effective as to all Parties hereto.

12      15.    The Parties hereto mutually state that they have read the foregoing Conditional

13  Stipulation for Judgment and are fully aware of its contents and legal facts.  This Conditional

14  Stipulation for Judgment constitutes the entire agreement of the parties and is entered into on the

15  dates below as indicated.

16  Dated: November  5  , 2007

17

18

19

20

21

22  Dated: November ____, 2007

23

24

25

26  Dated: November ____, 2007

27

WELFARE FUND OF STATIONARY ENGINEERS
LOCAL 39; PENSION FUND OF STATIONARY
ENGINEERS LOCAL 39; and ANNUITY TRUST
FUND OF STATIONARY ENGINEERS LOCAL 39

By: _Paul Bensu_____

By: _____

CALIFORNIA SPRAY DRY

By: _____

WILLIAM A. SHIRLEY

_____

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 6 -

1  from seeking additional amounts from Defendants if a later audit of Defendants' books and records

2  for any subsequent time period not covered in the previous audit performed in 2003 shows that

3  additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this

4  stipulation, are due and owing, and that nothing herein prevents Defendant from asserting any

5  defenses to such audit or such demands.  The parties further acknowledge that by entering into this

6  stipulation, Plaintiffs in no way waive their right to seek payment of any contributions found due

7  from an audit performed before the filing of this action, and Defendants in no way waives their

8  right to assert any defenses if such audit or such payments are sought.

9       14.    The Conditional Stipulation for Judgment may be executed in counterparts, which

10  taken together, shall constitute one Conditional Stipulation for Judgment and be binding upon and

11  effective as to all Parties hereto.

12       15.    The Parties hereto mutually state that they have read the foregoing Conditional

13  Stipulation for Judgment and are fully aware of its contents and legal facts.  This Conditional

14  Stipulation for Judgment constitutes the entire agreement of the parties and is entered into on the

15  dates below as indicated.

16  Dated: November ____, 2007

17                                          WELFARE FUND OF STATIONARY ENGINEERS
                                           LOCAL 39; PENSION FUND OF STATIONARY
18                                          ENGINEERS LOCAL 39; and ANNUITY TRUST
                                           FUND OF STATIONARY ENGINEERS LOCAL 39

19

20                                          By: _____

21                                          By: _____

22  Dated: November _____, 2007

23                                          CALIFORNIA SPRAY DRY

24                                          By: _____

25

26  Dated: November _____, 2007

27                                          WILLIAM A. SHIRLEY

28  _____

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337-1001

                                    - 6 -

1  Dated:  November ____, 2007

2

3                                          WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation

4                                          By: _____
                                               LINDA BALDWIN JONES
5                                              Attorneys for All Plaintiffs

6  Dated:  November 5, 2007

7                                          AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

8                                          By: *MBrett Burns*

9                                              FRASER A. MCALPINE
                                               BRETT BURNS
10                                             Attorneys for California Spray Dry and William A.
                                               Shirley

11                              [PROPOSED] ORDER

12        Pursuant to the Conditional Stipulation for Judgment which is incorporate herein by

13  reference, it is so Ordered.  The Court retains jurisdiction over Defendant William A. Shirley as set

14  forth in the Conditional Stipulation for Judgment.

15        IT IS SO ORDERED.

16

17

18  Date:  November 6, 2007

19

20                                          IT IS SO ORDERED

21                                          Judge Marilyn H. Patel

22  113918/464222

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510 337 1001

- 7 -

Conditional Stipulation for Judgment; [Proposed] Judgment (Case No. C 06-05927 MHP)

1  Dated:  November 2, 2007

2                                          WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation
3                                          By:  _____
4                                          LINDA BALDWIN JONES
                                           Attorneys for All Plaintiffs
5
   Dated:  November ____, 2007
6                                          AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
7
                                           By:  _____
8                                          FRASER A. MCALPINE
                                           BRETT BURNS
9                                          Attorneys for California Spray Dry and William A.
                                           Shirley
10

11                                [PROPOSED] ORDER
12         Pursuant to the Conditional Stipulation for Judgment which is incorporate herein by
13  reference, it is so Ordered.  The Court retains jurisdiction over Defendant William A. Shirley as set
14  forth in the Conditional Stipulation for Judgment.
15         IT IS SO ORDERED.
16

17

18  Date:  _____         _____
19                                          Marilyn Hall Patel,
                                           United States District Judge
20

21

22  113918/464222

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway,
Suite 200
Alameda, CA  94501-1091
510 337 1001

Conditional Stipulation for Judgment; [Proposed] Judgment (Case No. C 06-05927 MHP)

**PROOF OF SERVICE**

I am a citizen of the United States, and a resident of the State of California.  I am over the age of eighteen years, and not a party to the within action.  My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091.  On November 5, 2007, I served upon the following parties in this action:

> Brett Burns
> Akin, Gump, Strauss, Hauer & Feld, LLP
> 1700 Pacific Avenue, Suite 4100
> Dallas, TX  75201

copies of the document(s) described as:

**CONDITIONAL STIPULATION FOR JUDGMENT; [PROPOSED] JDUGMENT**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct.  Executed at Alameda, California, on November 5, 2007.

Joanna Son

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway,
Suite 200
Alameda, CA 94501-1091
510 337 1001