LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, Bar No. 208742
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001; Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the WELFARE FUND OF STATIONARY ENGINEERS LOCAL 39; PENSION FUND OF STATIONARY ENGINEERS LOCAL 39; and ANNUITY TRUST FUND OF STATIONARY ENGINEERS LOCAL 39,

Plaintiffs,

v.

JOHN J. PODESTO, Individually and doing business as CALIFORNIA SPRAY DRY CO; JEFFREY D. PODESTO, Individually and doing business as CALIFORNIA SPRAY DRY CO; WILLIAM A. SHIRLEY, Individually and doing business as CALIFORNIA SPRAY DRY CO; JERROLD L. BALL, Individually and doing business as CALIFORNIA SPRAY DRY CO; CALIFORNIA SPRAY DRY CO,

Defendants.

No. C 06-05927 MHP

**PLAINTIFFS' REQUEST TO DISMISS THE ACTION AND VACATE THE CONDITIONAL STIPULATION FOR JUDGMENT WITH PREJUDICE; [PROPOSED] ORDER**

Pursuant to the Conditional Stipulation for Judgment, which was signed by the Court on November 6, 2007, the Conditional Stipulation for Judgment is deemed paid in full as Defendant California Spray Dry has satisfied the terms and conditions therein. As such, Plaintiffs hereby submit this Dismissal with Prejudice pursuant to the Conditional Stipulation for Judgment and hereby request that the Court file and enter a Dismissal with Prejudice and vacate the Conditional Stipulation for Judgment.

Dated: February 29, 2008

                              WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

                              By: /s/ Linda Baldwin Jones
                                  LINDA BALDWIN JONES
                                  Attorneys for Plaintiffs

### ~~[PROPOSED]~~ ORDER

The above-entitled action is dismissed with prejudice and the Conditional Stipulation for Judgment is vacated.

Date: 3/3/2008                                              _____
                                                     The Honorable Marilyn Hall Patel
                                                     United States District Judge

113918/484403

*IT IS SO ORDERED* — Judge Marilyn H. Patel (signed)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 28, 2008, I served upon the following parties in this action:

>Brett Burns
>Akin, Gump, Strauss, Hauer & Feld, LLP
>1700 Pacific Avenue, Suite 4100
>Dallas, TX 75201
>Facsimile: (214) 969-4343

copies of the document(s) described as:

**PLAINTIFFS' REQUEST TO DISMISS THE ACTION AND VACATE THE CONDITIONAL STIPULATION FOR JUDGMENT WITH PREJUDICE; [PROPOSED] ORDER**

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on February 29, 2008

/s/ Joanna Son
Joanna Son

113918/443492

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
Request to Dismiss the Action and Vacate the Conditional Stipulation for Judgment; [Proposed] Order
(Case No. C 06-05927 MHP)